IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIN MEI LIN** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | No. 11-6373 |
| | : | |
| **JANET NAPOLITANO, et al.** | : | |
| Respondents. | : | |

| | | |
|---|---|---|
| **XIAO LIN** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | No. 11-6374 |
| | : | |
| **JANET NAPOLITANO et al.,** | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 31st day of May, 2013, upon consideration of the parties' cross-motions for summary judgment (Doc. Nos. 18, 21) and the response and reply to the Government's motion, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Petitioners' motion for summary judgment is **DENIED**;

- The Government's cross-motion for summary judgment is **GRANTED**;

- On or before **June 14, 2013**, Petitioners shall advise the Court of whether they wish to proceed on their claims under the Administrative Procedures Act.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**Mitchell S. Goldberg, J.**